IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:11-cv-80740

JEANINE and RICK DARQUEA,

    Plaintiffs,

v.

ASSIGNED CREDIT SOLUTIONS,
a corporation, and CHRIS BRADBURY, an
individual,

    Defendants.
_____/

## AMENDED NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of the District Court of the Southern District of Florida, Plaintiffs' Amended Notice of Settlement. Final settlement documentation, including a notice of dismissal, will be filed with this Court within 30 days. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted,
    **JEANINE and RICK DARQUEA**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFFS
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

**CERTIFICATE OF FILING**

I certify that on July 18th, 2011, I electronically filed the foregoing Notice with the clerk of the U.S. District Court using the electronic case filing system of the court.

**CERTIFICATE OF SERVICE BY MAIL**

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Assigned Credit Solutions, Inc. and Chris Bradbury at 800 Kings Highway North, Suite 100, Cherry Hill, NJ 08034, and on Mr. Robert Arleo, at 164 Sunset Park Road, Haines Falls, NY, 12436, by depositing the same on July 18th, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com