IN THE DISTRICT COURT IN AND FOR
THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:11-cv-80740

JEANINE and RICK DARQUEA,

    Plaintiffs,

v.

ASSIGNED CREDIT SOLUTIONS,
a corporation, and CHRIS BRADBURY, an
individual,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

**NOTICE IS HEREBY GIVEN** that Plaintiffs have filed with the Clerk of Court of the Southern District Florida Plaintiffs' Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 19 Day of July, 2011.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com

Notice of Dismissal  - 1

## CERTIFICATE OF FILING

I certify that on July 19, 2011, I electronically filed the foregoing Notice with the clerk of the U.S. District Court using the electronic case filing system of the court.

## CERTIFICATE OF SERVICE BY MAIL

I, Alex D. Weisberg, certify that a true and correct copy of the foregoing was served upon Assigned Credit Solutions, Inc. and Chris Bradbury at 800 Kings Highway North, Suite 100, Cherry Hill, NJ 08034, and on Mr. Robert Arleo, at 164 Sunset Park Road, Haines Falls, NY, 12436, by depositing the same on July 19, 2011, in the U.S. Mail in an envelope with first class postage prepaid thereon.

By: s/ Alex Weisberg
ALEX D. WEISBERG
FBN: 0566551
WEISBERG & MEYERS, LLC
ATTORNEYS FOR PLAINTIFFS
5722 S. Flamingo Rd, Ste. 656
Cooper City, FL 33330
(954) 212-2184
(866) 577-0963 fax
aweisberg@attorneysforconsumers.com